# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                   Cr. No. 1:18-10074-STA-7

**ALFRETTA YOUNG,**

    **Defendant.**

## ORDER ON DEFENDANT ALFRETTA YOUNG'S MOTION TO APPEAR AT JUNE 24, 2019 STATUS CONFERENCE TELEPHONICALLY AND CONTINUE AS TO TIME ONLY

The cause came to be heard upon the motion of counsel to allow counsel to appear at the June 24, 2019 status conference telephonically and to continue the matter as to time only to 2:30 PM. For good cause shown, the Court hereby grants counsel's motion, she shall be allowed to appear telephonically and the status conference as to Alfretta Young is reset as to time only to 2:30PM.

    **IT IS SO ORDERED.**

                                                      s/S. Thomas Anderson
Date: 6/21/2019                                   S. Thomas Anderson
                                                      United States Chief District Judge