# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                  Cr. No. 1:18-10074-STA-7

**ALFRETTA YOUNG,**

    Defendant.

## ORDER SETTING MOTION HEARING AND DENYING COUNSEL'S APPEARANCE BY TELEPHONE AND NOTICE OF SETTING

The cause came to be heard upon the motion of counsel to withdraw. The Court hereby sets a Motion Hearing for DE #286 and DE 288. The motion hearing is set on **Friday, September 6, 2019 at 11:00a.m.** and Counsel's request to appear telephonically is DENIED.

**IT IS SO ORDERED.**

                                                    <u>s/S. Thomas Anderson</u>
                                                    S. Thomas Anderson
                                                    United States Chief Judge

Date: 8/20/2019